UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                              Criminal No. 10-cr-109-01-JL

Adam D. Chase, Sr.

## O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; no further continuances without a hearing. Final Pretrial is rescheduled to January 24, 2011 at 11 AM; Trial is continued to the two-week period beginning February 1, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  December 9, 2010

cc:   Jeffrey Levin, Esq.
      Mark Irish, Esq.
      U.S. Marshal
      U.S. Probation