## United States District Court
### for the
### District of New Hampshire



### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam D. Chase, Sr.  Case Number: 10-CR-109-01-JL

Name of Sentencing Judicial Officer:   Honorable Joseph N. Laplante

Date of Original Sentence:   April 20, 2011

**SEALED DOCUMENT**

Original Offense:   Failure to Disclose an Event Effecting Social Security Disability Payments, in violation of 42 U.S.C. § 408(a)(4)

Original Sentence:   Three years probation, and restitution of $55,070.00

Type of Supervision: Probation         Date Supervision Commenced: April 20, 2011

Asst. U.S. Attorney:   Robert J. Veiga, Esq.         Defense Attorney: Jeffrey Levin, Esq.

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No: | Condition: | Nature of Noncompliance: |
|---|---|---|
| 1 | **VIOLATION OF MC:** <u>You shall not commit another federal, state or local crime.</u> | In that, during August and September 2012, the releasee committed the crime of Witness Tampering, a felony, in violation of New Hampshire R.S.A. 641:5, when he attempted to induce a juvenile victim to withhold testimony in a pending criminal case, by furnishing her with money orders on two occasions and asking her not to testify against him in that case. |

### RECOMMENDATION AND JUSTIFICATION

The undersigned is recommending that a [X] warrant / [ ] summons be issued based on the following:

| **Warrant** | **Summons** |
|---|---|
| [X] Recent Criminal Activity | [ ] No Risk of Flight |
| [ ] Prior Crimes of Violence | [ ] No Danger to Community |
| [ ] Prior Failure to Appear | [ ] Stable Residence |
| [ ] Severe Substance Abuse Addiction | [ ] Stable Employment |
| [ ] Prior Failure of Community Supervision | [ ] No Substance Abuse |
| [X] Danger to Community | [ ] Other (Described below) |
| [ ] Risk of Flight | |
| [X] Other (Described below) | |

## PREVIOUS NONCOMPLIANCE

On March 8, 2012 a Report on Offender Under Supervision was filed with the court, advising that Chase had consumed beer, in violation of his special condition of probation which required that he refrain from using alcoholic beverages and all other intoxicants during and after the course of treatment. Chase admitted to the probation officer on February 27, 2012, that he drank beer with his brother on or about February 25, 2012. On March 12, 2012, the Court approved the probation officer's request for no court action, and supervision was continued.

## OFFICER'S ASSESSMENT

On October 17, 2012, the Derry Police Department initiated an investigation after they received a report from a teenage victim and her mother that Adam Chase attempted to persuade the juvenile victim to refrain from testifying against him in a pending felony case. Chase had been indicted in the Rockingham County Superior Court for Aggravated Felonious Sexual Assault. The female victim reported that she had oral sex with Chase on a couple of occasions during 2009 while she was under the age of 15 years old. Chase was indicted in the Rockingham Superior Court in March 2012 on the conduct which predated both his arrest and conviction in this Court. The probation officer assisted the Rockingham County Sheriff's Department in an arrest of Chase, by ordering him to report to the Rockingham County Superior Court House on April 26, 2012, at which time he was arrested. He was released on $2,500 bail and was ordered to have no contact with the female teenage victim.

Detective Dana Park of the Derry Police Department completed a police report in which Chase was accused of responding to the victim's home in August and September 2012 and giving her money orders in return for not testifying against him in the pending case. Chase violated his state bail conditions and disobeyed the instructions of the probation officer by contacting the victim of the pending state case. Chase was found guilty in the Rockingham County Superior Court on October 25, 2012 of Witness Tampering and was sentenced to serve 3 to 6 years at the New Hampshire State Prison, to be served consecutively to his conviction for Second Degree Assault (based on the original charge of Aggravated Felonious Sexual Assault). The probation officer obtained a certified copy of conviction for the Witness Tampering conviction from the Rockingham County Superior Court. The probation officer is recommending that an arrest warrant be issued and lodged as a detainer at the NH State Prison to ensure Chase's appearance in this Court following service of his state sentence.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Reviewed by:

_____ 3/4/13
Daniel F. Gildea
U.S. Probation Officer-In-Charge
Date: March 1, 2013

Respectfully submitted:

_____
Timothy J. Brown
U.S. Probation Officer
Date: March 1, 2013

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant / Matter Sealed Pending Arrest
[ ] The Issuance of a Summons
[ ] Other

_____
~~Landya B. McCafferty~~ LAPLANTE
United States Magistrate Judge  D.J.
Date: 3/11/13